

FILED
MAY 26 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____LR_____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## MIDLAND-ODESSA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>V.<br><br>1. JUVENCIO CAMARGO-GARCIA,<br>2. RUDY MIRELES,<br>3. HECTOR GASTELUM VALENZUELA,<br>4. JOSHUA ROJERO,<br>5. ANDREA ARROYOS,<br>6. EVER GARCIA,<br>7. WILLIAM DIAZ JACINTO,<br><br>Defendants. | CRIMINAL NO. 7:21-CR-146<br>INDICTMENT<br><br>[Vio: 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), & 846 – Conspiracy to Possess with Intent to Distribute a Controlled Substance;<br>18 U.S.C. § 924(c) - Possession of a Firearm in Furtherance of a Drug Trafficking Crime] |

**THE GRAND JURY CHARGES:**

## COUNT ONE
### [21 U.S.C. §§ 841(a)(1), 841(b)(1)(A) & 846]

That beginning on or about May 10, 2021, and continuing until on or about May 17, 2021, in the Western District of Texas, the Defendants,

1. JUVENCIO CAMARGO-GARCIA,
2. RUDY MIRELES,
3. HECTOR GASTELUM VALENZUELA,
4. JOSHUA ROJERO,
5. ANDREA ARROYOS,
6. EVER GARCIA, AND
7. WILLIAM DIAZ JACINTO,

did combine, conspire, confederate, and agree together, with each other, and with others known and unknown to the Grand Jury to possess with the intent to distribute a controlled substance, which offense involved 50 grams or more of actual methamphetamine, contrary to Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), in violation of Title 21, United States Code, Section 846.

## COUNT TWO
[18 U.S.C. § 924(c)]

That on or about May 17, 2021, in the Western District of Texas, the Defendant,

**EVER GARCIA,**

did knowingly possess one or more firearms, to wit: a Bushmaster AR-15 rifle, a New Frontier AR-15 rifle, and an Anderson Manufacturing AR-15 rifle, in furtherance of the drug trafficking crime charged in Count One of this Indictment, re-alleged herein, in violation of Title 18, United States Code, Sections 924(c)(1).

## COUNT THREE
[18 U.S.C. § 924(c)]

That on or about May 17, 2021, in the Western District of Texas, the Defendant,

**WILLIAM DIAZ JACINTO,**

did knowingly possess one or more firearms, to wit: a Bushmaster AR-15 rifle, a New Frontier AR-15 rifle, and an Anderson Manufacturing AR-15 rifle, in furtherance of the drug trafficking crime charged in Count One of this Indictment, re-alleged herein, in violation of Title 18, United States Code, Sections 924(c)(1).

A TRUE BILL.

Original Signed by the
Foreperson of the Grand Jury

ASHLEY C. HOFF
UNITED STATES ATTORNEY

*John A. Fedock*

JOHN FEDOCK
Assistant United States Attorney